IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERIC HAMMER                                                                                     PLAINTIFF

VS.                                             CASE NO. 08-CV-4025

KANSAS CITY SOUTHERN
RAILWAY COMPANY                                                                       DEFENDANTS

## ORDER

Before the Court is a Joint Motion to Modify Final Scheduling Order. (Doc. No. 18). In the motion, the parties request that certain deadlines in the Court's Final Scheduling Order be extended. Upon consideration, the Court finds that the motion should be and hereby is **granted**. Accordingly, the Final Scheduling Order in this matter is hereby amended as follows:

1. The discovery deadline is extended up to and including February 15, 2010;

2. The parties shall have up to and including January 15, 2010, in which to make expert disclosures with rebuttal expert disclosures made within thirty (30) days thereafter; and

3. The parties shall have up to and including February 15, 2010, in which to file any summary judgment motions and motions to dismiss in this case.

All other deadlines shall remain as set forth in the Final Scheduling Order, unless otherwise modified by the Court.

IT IS SO ORDERED, this 4th day of December, 2009.

                                                                   /s/Harry F. Barnes
                                                                  Hon. Harry F. Barnes
                                                                  United States District Judge